```
DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile
```

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PERSHING COUNTY, a political subdivision of the state of Nevada, et al., | 3:14-cv-466-MMD-WGC |
| Plaintiffs, | |
| SALLY JEWELL, Secretary of the United States Department of Interior, et al., | **MOTION TO ADMIT GOVERNMENT ATTORNEY (Trent Crable)** |
| Defendants. | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of Trent Crable to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Crable will enter an appearance in this action on behalf of the federal defendants.

Trent Crable has been a licensed attorney since 2006. Mr. Crable is a member in good standing of the Washington State Bar Association (Bar # 38227). Since 2014, Mr. Crable has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, Wildlife and Marine Resources Section, and his office is located in Washington, D.C. Mr. Crable has never been subject to any disciplinary action by any bar.

LR-IA-10-3 provides that " [u]nless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and,

while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Trent Crable to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Crable will enter an appearance in this action on behalf of the federal defendants.

Dated:  January 7, 2015                                    Respectfully submitted,

                                                           DANIEL G. BOGDEN
                                                           United States Attorney

                                                            /Greg Addington/
                                                           GREG ADDINGTON
                                                           Assistant United States Attorney



IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 7, 2015

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (Trent Crable)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 7th day of January, 2015.

/s/ Greg Addington
GREG ADDINGTON